IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EDWIN J. BUTTS                                                                                               PLAINTIFF

VS.                                                                       CIVIL ACTION NO. 4:07cv23 TSL-JCS

DAVID S. WILLIAMS                                                                                        DEFENDANT

ORDER OF DISMISSAL

THIS DAY THIS CAUSE CAME ON TO BE HEARD on the Motion *ore tenus,* of the Plaintiff, Edwin J. Butts, for an Order of Dismissal of the above-entitled action, based upon the fact that a settlement between the parties has been reached, and the court having maturely considered the same and being fully advised in the premises is of the opinion and finds that said Motion is well taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED, that this cause be, and the same hereby is, dismissed.

SO ORDERED AND ADJUDGED this the 29th day of May, 2007.

/s/Tom S. Lee
U.S. DISTRICT JUDGE

SUBMITTED BY:

/s/ Raju Aundré Branson
Raju Aundré Branson, MSB #99950
Schwartz & Associates, P.A.
162 East Amite Street (39201)
PO Box 3949
Jackson, MS 39207-3949
Telephone:    601-988-8888
Facsimile:    601-948-3822
*Attorney for the Plaintiff*